UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAMMER INDUSTRIES, INC.

    Plaintiff,

Case No. 15-cv-12694
Hon. Paul D. Borman

v.

BEACH MOLD AND TOOL, INC.,

    Defendant.

**JOINT DISCOVERY PLAN PURSUANT TO FED.R.CIV.P.26(f)**

The parties hereby submit the following Joint Discovery Plan.

1. <u>Conference of the Parties.</u>  Counsel for the parties met and discussed the issues identified under Fed. R. Civ. P. 26(f).

2. <u>Plaintiff's Claims.</u>  The following is a summary of the nature of Plaintiff's claims:  Plaintiff claims that Defendant breached its obligation to return to Plaintiff certain tooling owned by Plaintiff and purchased from the Defendant and/or utilized by Defendant in manufacturing products for Plaintiff.

3. <u>Defendant's Defenses.</u>  The following is a summary of the nature of Defendant's defenses:  Defendant denies that it sold any tooling to Plaintiff or had any contractual obligation to provide the referenced tooling and contends upon information and belief that the tooling was returned to Plaintiff by the entity that manufactured and shipped the related parts and that Plaintiff's claims are barred.

4. <u>Subject Matter Jurisdiction.</u>  The parties agree that this Court has jurisdiction under 28 U.S.C. §§ 1332(a)(1).

5. <u>Relationship to Other Cases.</u>  None.

6. <u>Proposed Scheduling Order.</u>  Counsel for the parties have read the Court's guidelines on discovery, developed the following plan, and recommend that the Court enter an order to this effect:

| EVENT | DEADLINE |
|---|---|
| Amendment of Pleadings | November 16, 2015 |
| Preliminary Lay Witness Lists | November 30, 2015 |
| Expert Witness Lists | December 15, 2015 |
| Expert Rebuttal Witness Lists | January 15, 2016 |
| Fact Discovery Cutoff | March 31, 2016 |
| Expert Discovery Cutoff | April 15, 2016 |
| Interim Status Conference | January 2016 |
| Dispositive Motions | April 29, 2016 |
| Challenges to Experts | May 15, 2016 |
| Motions *in Limine* | May 31, 2016 |
| Proposed Joint Final Pretrial Order | May 31, 2016 |
| Final Pretrial Conference | June 2016 |
| **TRIAL** | July 2016 |
| Estimated Length of Trial | 2 days |

7. <u>Anticipated Motions.</u>  Both parties may file motions for summary judgment or partial summary judgment after the close of discovery or earlier depending upon information obtained during the course of discovery.

3

4814-1688-6826.1

8. <u>Alternative Dispute Resolution.</u> Counsel for the parties have discussed the possibility of prompt resolution, including the advisability of alternative dispute resolution, arbitration, early facilitative mediation, and an early settlement conference with the Court, and report as follows: The parties may agree to participate in non-binding facilitation or other methods of alternative dispute resolution before a federal magistrate judge or a facilitator. The parties also agree that a subsequent status and settlement conference would be helpful after the close of discovery or at other appropriate times during the litigation process.

                                            Respectfully submitted,

| VARNUM LLP | FOLEY & LARDNER LLP |
|---|---|
| By: <u>/s/ Richard T. Hewlett</u><br>Richard T. Hewlett (P41271)<br>39500 High Pointe Blvd., Suite 350<br>Novi, MI 48375<br>(248) 567-7400<br>rthewlett@varnumlaw.com<br>*Attorneys for*<br>*Beach Mold and Tool, Inc.* | By: <u>/s/ Mark A. Aiello</u><br>Mark A. Aiello (P43012)<br>Michelle A. Freeman (P79790)<br>500 Woodward Ave. ,Suite 2700<br>Detroit, MI 48226<br>(313) 234-7100<br>maiello@foley.com<br>mfreeman@foley.com<br>*Attorneys for*<br>*Grammer Industries, Inc.* |

Dated: November 3, 2015

4

4814-1688-6826.1

## CERTIFICATE OF SERVICE

    I hereby certify that on **November 3, 2015**, I electronically filed *Joint Discovery Plan Pursuant to Fed.R.Civ.P.26(f)* with the Clerk of the Court using the ECF system, which will send notification to all counsel of record.


        /s/ Mark A. Aiello
        Mark A. Aiello

4814-1688-6826.1