UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GRAMMER INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 15-CV-12694 |
| ) | |
| v. ) | Hon. Paul D. Borman |
| ) | |
| BEACH MOLD AND TOOL, INC., ) | Magistrate Judge R. Steven |
| and AMERICAN INDUSTRIAL ) | Whalen |
| ACQUISITION CORPORATION d/b/a ) | |
| iP3 Plastics Mexico ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| BEACH MOLD AND TOOL, INC., ) | |
| ) | |
| Cross-Claimant ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN INDUSTRIAL ) | |
| ACQUISITION CORP. d/b/a/ iP3 ) | |
| Plastics Mexico ) | |
| ) | |
| Cross-Defendant. ) | |
| ) | |

## **ORDER EXTENDING SCHEDULING DATES**

This matter having come before the Court upon the parties' Joint Motion to Extend Scheduling Order Dates, and the Court otherwise being duly informed in

the premises, IT IS HEREBY ORDERED that the Scheduling Order [Dkt. 15] and other deadlines in this matter are amended as follows:

- Fact Discovery Cutoff **November 25, 2016**
- Expert Discovery Cutoff: **December 15, 2016**
- Motions Challenging Experts **January 18, 2017**
- Dispositive Motions filed by: **January 18, 2017**
- Motions *in Limine* (non-expert related: TBD
- Final Pretrial Order Due: TBD
- Final Pretrial Conference: TBD
- Trial Date: TBD
- Jury or Bench Trial: Jury Trial

SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 30, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 30, 2016.

s/Deborah Tofil
Deborah Tofil
Case Manager (313)234-5122