# Affidavit of Service

---

United States District Court, EASTERN DISTRICT Michigan          CASE NO: **15-12694**
Plaintiff / Petitioner: **GRAMMER INDUSTRIES, INC.**
vs.
Defendant / Respondent: **BEACH MOLD & TOOL, INC.**

---

I **MICHAEL GORMAN** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of **New York**.
That on **June 24, 2016** at **03:18 PM** at **250 PARK AVENUE, NEW YORK, NY 10177**, deponent served the within: **Summons In A Civil Action, Crossclaim of Beach Mold & Tool, Inc., Certificate of service,**

on **AMERICAN INDUSTRIAL ACQUISITION CORPORATION** by delivering the documents to **Catina "DOE" (refused last name)** who is the **Secretary, person authorized to accept.** at AMERICAN INDUSTRIAL ACQUISITION CORPORATION located at **250 PARK AVENUE, NEW YORK, NY 10177** which is their usual place of business.

Said service was effected in the following manner:
**Corporation/Business Entity**

By delivering thereat a true copy of each to **AMERICAN INDUSTRIAL ACQUISITION CORPORATION** personally. The deponent knew said **AMERICAN INDUSTRIAL ACQUISITION CORPORATION** so served to be the domestic corporation, described as **AMERICAN INDUSTRIAL ACQUISITION CORPORATION** and knew said individual to be the **Secretary, person authorized to accept.** there of, authorized to accept service of process.

Deponent further states that deponent describes the person actually served **Catina "DOE" (refused last name)** as follows:
**Hispanic, Female, 5' 4", 90 - 100 lbs, Blonde hair, 20 - 25 years**

**Attempts:**
Date: June 24, 2016  Time: 03:18:30 PM  GPS: 40.754990, -73.975349
**Recipient verbally identified herself as "Catina" Secretary, confirmed address and stated she is authorized to accept.**

---

Sworn to before me on the **24** day
of **June**, 2016.

_[signature]_                                                                _[signature]_
**CAROLL RAMSEY**                                                **MICHAEL GORMAN**
*Notary Public - State of New York*
No. 01RA6028190                                                  License Number: **1381333**
Qualified in Nassau County
Commission Expires: July 26, 2017

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022