AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:15-cv-12694-PDB-RSW
Hon. Paul D. Borman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Plastic Injection Operating (PIO) Company of Mexico, LLC

Date of Service: 7/15/16

### Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify): Personally served Aubre O'Keefe of The Corporation Trust Company of Nevada, Registered Agent.

____ Returned unexecuted (reason):

**Service Fees:**   Travel $ 0   Service $ 65.00   Total $ 65.00

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Michael Deale

Signature of Server: /s/ Michael Deale

Date: 7/20/16

Server's Address:
American Process Service
PMB 130
10580 N. McCarran Blvd. # 115
Reno, NV 89503
Nevada License # 1088A