IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAMMER INDUSTRIES, INC.,

                Plaintiff,

v.

BEACH MOLD AND TOOL, INC.,
BEACHMOLD MEXICO, S. DE
R.L. DE C.V., PLASTIC INJCTION
OPERATING (PIO) COMPANY OF
MEXICO, LLC, JOHN DOES, PLASTIC
INJECTION HOLDING (PIH)
COMPANY OF MEXICO, LLC n/k/a iP3
NORTH AMERICA, LLC, AND
AMERICAN INDUSTRIAL
ACQUISITION CORPORATION d/b/a/
iP3 PLASTICS MEXICO

                Defendants,

and

BEACH MOLD AND TOOL, INC.,
         Cross-Claimant
v.
AMERICAN INDUSTRIAL
AQUISTION CORP. d/b/a iP3
PLASTICS MEXICO, BEACHMOLD
MEXICO, S. DE R.L. DE C.V., PLASTIC
INJECTION OPERATING (PIO)
COMPANY OF MEXICO, LLC,
PLASTIC INJECTION HOLDING (PIH)
COMPANY OF MEXICO, LLC n/k/a iP3
NORTH AMERICA, LLC
         Cross-Defendants

CASE NO. 15-CV-12694

Hon. Paul D. Borman
Magistrate Judge R. Steven Whalen

{K0260758.1}

## STIPULATED ORDER SETTING ASIDE DEFAULT AGAINST PLASTIC INJECTION OPERATING (PIO) COMPANY OF MEXICO, LLC AND EXTENDING TIME FOR PIO, BEACHMOLD MEXICO AND iP3 NORTH AMERICA TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND JURY DEMAND

Upon stipulation of the parties hereto and the court being fully advised in the premises;

**IT IS ORDERED** that the default entered against Defendant PIO on November 16, 2016 is hereby set aside. The default was entered in relation to Plaintiff's Second Amended Complaint. The Second Amended Complaint has been superseded by Plaintiff's Third Amended Complaint which has been filed and served on PIO. PIO is not required to answer or otherwise respond to the Second Amended Complaint.

**IT IS FURTHER ORDERED** that PIO's Motion to Set Aside Entry of Default and Motion for Dismissal Under Rule 12(b)(2)[Docket #73] is hereby withdrawn.

**IT IS FURTHER ORDERED** that the time for Defendants PIO, BEACHMOLD MEXICO, S. DE R.L. DE C.V. and iP3 NORTH AMERICA, LLC to answer or otherwise respond to Plaintiff's Third Amended Complaint is extended. PIO, BEACHMOLD MEXICO, S. DE R.L. DE C.V and iP3 NORTH AMERICA, LLC shall file an answer or otherwise respond to Plaintiff's Third

Amended complaint on January 9, 2017.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: DEC 1 2 2016

**The undersigned stipulate and consent to entry of the above order:**

/s/ *Mark A. Aiello (with permission)*
Mark A. Aiello (P43012)
Andrew B. Fromm (P79185)
FOLEY & LARDNER, LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100
maiello@foley.com
afromm@foley.com
***Attorneys for Plaintiff***

/s/ *Jason J. Thomas* ---------- --
Jason J. Thomas (P71186)
KAUFMAN, PAYTON & CHAPA
30833 Northwestern Hwy., Suite 200
Farmington Hills, MI 48334
248.626.5000/fax 248.626.2843
jjthomas@kaufmanlaw.com
***Attorneys for Defendants PIO,
Beachmold Mexico and iP3 North
America***

{K0260758.1}  3