UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAMMAR INDUSTRIES, INC.,

    Plaintiff,

v.

BEACH MOLD AND TOOL, INC.,
ET AL.,

    Defendants.
_____/

No. 15-12694

District Judge Paul D. Borman
Magistrate Judge R. Steven Whalen

**ORDER**

For the reasons and under the terms stated on the record on June 8, 2017, Plaintiff's Motion to Compel Responses to First Set of Discovery Requests [Doc. #110] and Defendants' Motion to Stay Discovery [Doc. #125] are both GRANTED IN PART AND DENIED IN PART, as follows:

(1) The Plaintiff's Motion to Compel [Doc. #110] is GRANTED to the extent that Plaintiff may depose Marcus Collardin and James J. Mahoney with respect to matters raised in their affidavits submitted in support of Defendants' motion for dismissal under Fed.R.Civ.P. 12(b)(2) [Doc. #102]. The depositions of Messrs. Collardin and Mahoney will be completed before July 31, 2017. Defendants may file a supplemental brief in support of their motion to dismiss within 21 days of the last of the two depositions. Plaintiff may file a supplemental response within 14 days of the Defendants' supplemental brief.

(2) The Motion to Compel is DENIED WITHOUT PREJUDICE as to interrogatories and requests to produce.

(3) The Defendants' motion to stay discovery [Doc. #125] is DENIED as to the depositions of Messrs. Collardin and Mahoney, and GRANTED as to Plaintiff's interrogatories and document requests.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: June 9, 2017

**CERTIFICATE OF SERVICE**

I hereby certify on June 9, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

s/Carolyn Ciesla
Case Manager to
Magistrate Judge R. Steven Whalen