UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAMMER INDUSTRIES, INC.,

      Plaintiff,

v.

BEACH MOLD AND TOOL, INC.
*et al.*,

      Defendants.
_____/

Case No. 15-cv-12694

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S MARCH 14, 2019 REPORT AND RECOMMENDATION (ECF NO. 168) AND GRANTING CERTAIN DEFENDANTS/CROSS-DEFENDANTS' MOTION TO DISMISS (ECF NO. 102)

On March 14, 2019, Magistrate Judge R. Steven Whalen issued a Report and Recommendation (ECF No. 168) to GRANT Defendants/Cross-Defendants Beachmold Mexico, S. de R.L. de C.V. ("Beachmold Mexico"), Plastic Injection Operating Company of Mexico, LLC ("PIO"), and Plastic Injection Holding Company of Mexico, LLC, n/k/a iP3 North America, LLC ("iP3")'s Motion to Dismiss (ECF No. 102). Having reviewed the Report and Recommendation and there being no timely objections filed with the Court under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court **ADOPTS** the Report and Recommendation and **GRANTS** the

1

Motion to Dismiss (ECF No. 102) and **DISMISSES WITHOUT PREJUDICE** Beachmold Mexico, PIO, and iP3 for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).  *See Interra Corp. v. Henderson*, 428 F.3d 605, 620 (6th Cir. 2005) (holding that "dismissals for lack of personal jurisdiction should be made without prejudice," citing Fed. R. Civ. P. 41(b)).

IT IS SO ORDERED.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  April 2, 2019