UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAMMER INDUSTRIES, INC.,

    Plaintiff,

Case No. 15-cv-12694

v.

Paul D. Borman
United States District Judge

BEACH MOLD AND TOOL, INC.
*et al.*,

R. Steven Whalen
United States Magistrate Judge

    Defendants.
_____/

## ORDER (1) ADOPTING MAGISTRATE JUDGE WHALEN'S JUNE 3, 2019 REPORT AND RECOMMENDATION (ECF NO. 179) AND (2) DENYING DEFENDANT/CROSS-DEFENDANT AMERICAN INDUSTRIAL ACQUISITION CORP.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF NO. 91)

On June 3, 2019, Magistrate Judge R. Steven Whalen issued a Report and Recommendation to DENY Defendant/Cross-Defendant American Industrial Acquisition Corp.'s ("AIAC") Motion to Dismiss Plaintiff's Complaint and Cross-Claimant's Cross-Complaint Pursuant to Fed. R. Civ. 12(b)(6). (ECF No. 179.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation and DENIES AIAC's motion to dismiss (ECF No. 91).

1

The Court notes, as Magistrate Judge Whalen also observed, that although the Court has entered a clerk's entry of default against AIAC, neither the Plaintiff nor the Cross-Claimant has yet moved for entry of a default judgment, an entirely distinct concept.

Accordingly, AIAC's motion to dismiss is DENIED.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 21, 2019